| | |
|---|---|
| 1 | Clarissa A. Kang, No. 210660 |
| | Angel L. Garrett, No. 255682 |
| 2 | TRUCKER ✦ HUSS |
| | A Professional Corporation |
| 3 | 135 Main Street, 9th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 788-3111 |
| | Facsimile: (415) 421-2017 |
| 5 | E-mail: ckang@truckerhuss.com |
| | agarrett@truckerhuss.com |

Attorneys for Defendants
KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (erroneously sued as KAISER PERMANENTE SOUTHERN CALIFORNIA EMPLOYEES PENSION PLAN SUPPLEMENT TO THE KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP) and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE SOUTHERN CALIFORNIA EMPLOYEES PENSION PLAN SUPPLEMENT TO THE KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>          Defendants. | Case No. 4:24-CV-00215-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>**Complaint Filed:** January 11, 2024<br>**Trial Date**: None Set |

Pursuant to the parties' stipulation and for good cause appearing, the Court hereby approves the stipulation and modifies the case calendar as follows:

1. Hearing on the Motion to Dismiss: July 18, 2024.

2. Case Management Conference: July 18, 2024.

-1-

3. The deadline to file the joint case management statement: July 11, 2024.

**IT IS SO ORDERED.**

DATED: 6/11/2024

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

-2-