Clarissa A. Kang, No. 210660
Catherine L. Reagan, No. 327702
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA 94105
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:      ckang@truckerhuss.com
             creagan@truckerhuss.com

Attorneys for Defendants
KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (erroneously sued as KAISER PERMANENTE SOUTHERN CALIFORNIA EMPLOYEES PENSION PLAN SUPPLEMENT TO THE KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP) and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BENNETT,<br><br>                Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE SOUTHERN CALIFORNIA EMPLOYEES PENSION PLAN SUPPLEMENT TO THE KAISER PERMANENTE RETIREMENT PLAN FOR SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>                Defendants. | Case No. 4:24-CV-00215-HSG<br><br>**ORDER DENYING MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES**<br><br>**DEPT:**    Courtroom 2- 4th Floor<br>**JUDGE:**  Hon. Haywood S. Gilliam, Jr.<br><br>**Complaint Filed:**    January 11, 2024 |

1  Defendants Kaiser Permanente Retirement Plan for Southern California Permanente
2  Medical Group and Southern California Permanente Medical Group (collectively "Defendants")
3  move to continue the Initial Case Management Conference currently scheduled for April 1, 2025.
4  Good cause appearing **IT IS HEREBY ORDERED** that, pursuant to Rule 16(b) of
5  Federal Rules of Civil Procedure and Civil Local Rule 16-10, the Initial Case Management
6  Conference is continued to May 20, 2025, at 2 p.m.

Dated:    3/31/2025



Ho
Uni
Judge Haywood S. Gilliam Jr.

-1-

ORDER DENYING MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE; Case No: 4:24-CV-00215 HSG
7462564