Clarissa A. Kang, No. 210660
Catherine L. Reagan No. 327702
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA 94105
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:      ckang@truckerhuss.com
             creagan@truckerhuss.com

Attorneys for Defendant
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERROL BENNETT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,<br><br>　　　　　　　Defendants. | Case No. 4:24-CV-00215-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP TO RESPOND TO THE AMENDED COMPLAINT; ORDER**<br><br>**[L.R. 6-1 (a); 7-12]**<br><br>**Amended Complaint Filed:** April 18, 2025<br>**Trial Date**:　None Set |

1  Pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), Defendant Southern California Permanente Medical Group ("Defendant") and Plaintiff Errol Bennett ("Plaintiff") hereby stipulate, by and though their respective counsel, to extend the time by which Defendant has to answer or otherwise respond to Plaintiff's Amended Complaint ("Amended Complaint") (Dkt. 37).

WHEREAS, the Court granted on March 24, 2025 (Dkt. 32) the Motion to Dismiss the Complaint (Dkt. 1) filed by Defendant and now-dismissed defendant Kaiser Permanente Retirement Plan for Southern California Permanente Medical Group;

WHEREAS, the Court extended the time for Plaintiff to file an Amended Complaint to April 18, 2025 (Dkt. 35);

WHEREAS, the Court also ordered that Defendant's Stipulation and Proposed Order seeking an extension for the deadline to respond to Plaintiff's Amended Complaint shall be filed by April 23, 2025 (Dkt. 35);

WHEREAS, Plaintiff filed his Amended Complaint on April 18, 2025 (Dkt. 36) and April 19, 2025 (Dkt. 37);

WHEREAS, the Parties have agreed to participate in mediation with a Court-appointed mediator on the Court's panel;

WHEREAS, the Parties have agreed to extend Defendant's deadline to respond to Plaintiff's Amended Complaint to forty-five (45) days after the completion of mediation; and

WHEREAS, this extension to Defendant's deadline to respond to the Amended Complaint does not alter the date of any event, or any deadline already fixed by the Court;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

Defendant's deadline to respond to Plaintiff's Amended Complaint, whether by answer or otherwise, is hereby extended to forty-five (45) days after the completion of mediation.

IT IS SO STIPULATED.

Dated: April 21, 2025                    TRUCKER ✦ HUSS

By: /s/*Clarissa A. Kang*
   Clarissa A. Kang
   Catherine L. Reagan

Attorneys for Defendant
Southern California Permanente Medical Group

Dated: April 21, 2025                    LAW OFFICE OF ROBERT F. KEEHN

By: /s/*Robert F. Keehn*
   Robert F. Keehn

Attorney for Plaintiff
Errol Bennett

I attest that my firm has obtained concurrence in the filing of this document from counsel for Plaintiff.

Dated: April 21, 2025                    TRUCKER ✦ HUSS

By: /s/*Clarissa A. Kang*
   Clarissa A. Kang

Attorneys for Defendant
Southern California Permanente Medical Group

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/22/2025

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT; ORDER; Case No: 4:24-cv-00215-HSG
7472323